RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for ROBERT D. TURNER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT D. TURNER,<br><br>  Defendant. | Case No. 2:16-cr-349-RFB-1<br><br>**STIPULATION TO EXTEND REPLY DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Robert D. Turner, that the Reply to Response to Motion to Suppress (ECF #36) currently due April 14, 2017 be extended by seven (7) days to and including April 21, 2017.

The Stipulation is entered into for the following reasons:

1. The defendant is in custody but does not oppose the continuance.

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Counsel for the defendant needs additional time to reply, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the First stipulation to extend the reply date filed herein.

DATED this 11th day of April, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender<br>Counsel for ROBERT D. TURNER | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-349-RFB-1 |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| ROBERT D. TURNER, | |
| DEFENDANT. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody but does not oppose the continuance.

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Counsel for the defendant needs additional time to reply, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

The ends of justice, and judicial economy being best served by granting said extension:

## ORDER

IT IS THEREFORE ORDERED that the Reply to Response to Motion to Suppress (ECF #36) currently due April 14, 2017 be extended by seven (7) days to and including April 21, 2017.

DATED this 12th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE