# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, ) 2:16-CR-349-RFB
        Plaintiff,
    v. ) Final Order of Forfeiture
ROBERT D. TURNER and
ERICA M. BALDA,
        Defendants.

      The United States District Court for the District of Nevada entered Preliminary Orders of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c) based upon the pleas of guilty by defendants Robert D. Turner and Erica M. Balda to the criminal offense, forfeiting the property set forth in the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendants Robert D. Turner and Erica M. Balda pled guilty. Criminal Indictment, ECF No. 19; Changes of Plea, ECF Nos. 65 and 66; Plea Agreements, ECF Nos. 67 and 69; Preliminary Orders of Forfeiture, ECF Nos. 71 and 72.

      This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 4, 2017, through August 2, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 73.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. 19 .38 special rounds of ammunition in red and black federal ammunition box;
2. 7 live .38 special rounds and 41 .38 special casings in green Remington box;
3. Full box of .38 special 130 grain full metal jacket ammunition; and
4. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 17th day of October, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on September 20, 2017.

/s/ Mary Stolz
MARY STOLZ
FSA Paralegal